# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                                        **Case No. 17-CR-121**

**CHRISTOPHER CRITTENDON**
    **Defendant.**

## **ORDER**

For the reasons stated on the record on July 25, 2019,

**IT IS ORDERED** that defendant's bond conditions are modified to include his participation in the Location Monitoring Program, specifically, Radio Frequency with Curfew status.

Dated at Milwaukee, Wisconsin, this 26th day of July, 2019.

                                           /s/ Lynn Adelman
                                           LYNN ADELMAN
                                           District Judge